IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID A. YOUNG, | * | |
|     Appellant, | * | |
| v. | * | CIVIL ACTION 11-0353-WS-C |
| ZURICH AMERICAN INSURANCE | * | |
| COMPANY, | * | |
|     Appellee. | * | |

## STIPULATION FOR DISMISSAL

Comes now the Defendant to the above-styled action, by and through the undersigned counsel and, as this matter has been fully settled between the parties, request that this Court dismiss the present appellate action with prejudice.

Respectfully submitted,

GALLOWAY, WETTERMARK, EVEREST,
   RUTENS & GAILLARD, LLP

BY:   /s/ J. Willis Garrett
       J. WILLIS GARRETT, III   (GARRJ7452)
       Attorney for Appellant
       P.O. Box 16629
       Mobile, Alabama 36618
       251.476.4493

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 22nd day of August, 2011 filed the foregoing pleading with the clerk of the court and sent notification of such filing by placing said document in the U.S. Mail, first class postage prepaid to the following and/or through the AlaFile electronic filing notification system:

Gabrielle E. Reeves, Esq. (greeves@butlerpappas.com)

       /s/ J. Willis Garrett   .

       J. WILLIS GARRETT, III