IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID A. YOUNG, | ) |
| | ) |
|     Appellant, | ) |
| | ) |
| v. | )   CIVIL ACTION 11-0353-WS-C |
| | ) |
| ZURICH AMERICAN INSURANCE COMPANY, | ) |
| | ) |
|     Appellee. | ) |

**ORDER**

    This bankruptcy appeal comes before the Court on the Stipulation for Dismissal (doc. 7) filed by appellant, David A. Young.  The Stipulation reflects that the matter "has been fully settled between the parties" and that appellant requests the dismissal of his appeal with prejudice.

    Pursuant to Rule 8001(c)(2), Fed.R.Bankr.P., a bankruptcy appeal may "be dismissed on motion of the appellant on terms and conditions fixed by the district court." *Id.*  The parties having agreed to the dismissal of Young's appeal on terms mutually satisfactory to them, the undersigned will grant appellant's request that his appeal be dismissed.  Accordingly, by the terms of appellant's Stipulation for Dismissal, this bankruptcy appeal is **dismissed with prejudice**.

    DONE and ORDERED this 23rd day of August, 2011.

                                                s/ WILLIAM H. STEELE
                                                CHIEF UNITED STATES DISTRICT JUDGE